IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LATEISHA MOORE**                                                                                          **PLAINTIFF**

**v.**                                              **NO. 4:05CV001851-WRW**

**CINGULAR WIRELESS**                                                                             **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Compel (Doc. No. 13-1). By Order entered on August 30, 2006, Defendant was given additional time to complete discovery due to its inability to schedule depositions with Plaintiff. Defendant has now filed a Motion to Compel Discovery asking that Plaintiff be ordered to appear for deposition. In its motion, Defendant has attached exhibits demonstrating that it has made good faith efforts to work with Plaintiff.[1]

Plaintiff is reminded that, as a *pro se* plaintiff, it is her responsibility to become familiar with, and to follow, the Federal Rules of Civil Procedure, as required by Local Rule 5.5(c)(2) of this Court, which states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. *Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.*

Defendant's Motion is GRANTED. Plaintiff is directed to make herself available for deposition within three weeks of the date of this order.

IT IS SO ORDERED this 19th day of September, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 13-2, 13-3, 13-4.