# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LATEISHA MOORE**                                                                 **PLAINTIFF**

v.                                          NO. 4:05CV001851-WRW

**CINGULAR WIRELESS**                                         **DEFENDANT**

## ORDER

Pending are the Defendants' Motions to Dismiss (Doc. Nos. 18 and 34). Plaintiff has responded (Doc. No. 53).

In the motions, Defendants ask that this case be dismissed under Fed. R. Civ. P. 37(b)(2)(B) because of Plaintiff's refusal to appear for scheduled depositions. In October 2006, Defendants motions were held in abeyance pending ruling on Plaintiff's motions for appointment of counsel. Plaintiff was appointed counsel; however, that attorney has since been allowed to withdraw. Plaintiff is now proceeding *pro se* and understands that she is bound by the rules which lawyers are required to follow, including the local rules of the Eastern District of Arkansas. Plaintiff argues that she did not appear for the depositions because she did not want to do so absent counsel. Because Plaintiff has been acting *pro se* and was actively seeking appointment of counsel, Defendants' Motions are DENIED. However, Plaintiff is ordered to make herself available for depositions within three weeks of this Order, and no further exceptions will be entertained.

IT IS SO ORDERED this 16 day of April, 2007.

                                                                                   /s/ Wm. R. Wilson, Jr.
                                                                                   UNITED STATES DISTRICT JUDGE