# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LATEISHA MOORE**                                                                             **PLAINTIFF**

**v.**                          **4:05CV01851WRW**

**CINGULAR WIRELESS**                                                **DEFENDANT**

## JUDGMENT

Based on an Order entered this date, granting Defendants' Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 27th day of September, 2007.

                                             /s/Wm. R. Wilson, Jr.
                                     UNITED STATES DISTRICT JUDGE